IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHIRL WILLIAMS-ROBINSON, ) <br> ) <br> Defendant. ) | Case No. 8:05CR439 <br><br> **SCHEDULING ORDER** |

**IT IS ORDERED** that the following is set for hearing on **Tuesday, February 7, 2006 at 9:00 A.M.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

- Motion to Suppress [#11] filed by the defendant

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 13th day of January 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge