IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:05CR439 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SHIRL WILLIAMS-ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Withdraw (#14) her Motion to Suppress Evidence (#11). Therefore,

**IT IS ORDERED:**

1. The Motion to Withdraw (#14) the Motion to Suppress Evidence is granted and the Motion to Suppress (#11) is deemed withdrawn;

2. The hearing scheduled for **Tuesday, February 7, 2006 at 9:00 a.m.,** on the Motion to Suppress is hereby cancelled.

Dated this 3rd day of February 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge